ACCEPTED
15-24-00096-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/12/2025 4:17 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-24-00096-CV**

In the Fifteenth District Court of Appeals, Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/12/2025 4:17:15 PM
CHRISTOPHER A. PRINE
Clerk

ANTHONY NGUYEN O.D,
*Appellant,*

v.

TEXAS OPTOMETRY BOARD,
*Appellee*.

On Appeal from the 459th District Court of Travis County, Texas
The Honorable Maya Guerra Gamble, Presiding

## APPELLEE'S NOTICE OF REQUEST TO THE DISTRICT COURT TO ISSUE AN ORDER REQUIRING SUBMISSION OF THE ADMINISTRATIVE RECORD

**TO THE CLERK OF SAID COURT:**

On February 21, 2025, Appellee's undersigned counsel was informed by the Clerk of the District Court of Travis County, Texas, that parts of the court reporter's record cannot be submitted to the Clerk of this Court without a written "request" for an order from the District Court of Travis County, Texas.

THEREFORE, Appellant Texas Optometry Board files this Notice to inform the Clerk of this Court that Appellant's written request for the above-referenced order has been submitted to the District Court of Travis County, Texas, a copy of which is attached hereto.

Respectfully submitted,
KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

/s/*Helen Kelley*
HELEN KELLEY
Texas State Bar No. 24086520
Assistant Attorney General
Office of the Attorney General of Texas
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4136
Facsimile: (512) 320-0167
helen.kelley@oag.texas.gov

ATTORNEYS FOR DEFENDANT/APPELLEE
TEXAS OPTOMETRY BOARD

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2025, a true and correct copy of the above and forgoing document has been served to the following party of record via electronic service and/or electronic mail:

Roger B. Borgelt
State Bar No. 02667960
BORGELT LAW
614 South Capital of Texas Highway
Austin, Texas 78746
Telephone: (512) 600-3467
Mobile: (512) 870-7533
roger@borgeltlaw.com

ATTORNEY FOR APPELLANT
ANTHONY NGUYEN, O.D.

*/s/ Helen Kelley*
HELEN KELLEY
Assistant Attorney General



# ATTACHMENT

3/11/2025 4:28 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-23-007449
Selina Hamilton

CAUSE NO. D-1-GN-23-007449

| | | |
|---|---|---|
| ANTHONY NGUYEN, O.D., *Plaintiff* | § | IN THE DISTRICT COURT OF |
| v. | § | TRAVIS COUNTY |
| TEXAS OPTOMETRY BOARD, *Defendant.* | § | 455th JUDICIAL DISTRICT |

**PARTIES' AGREED REQUEST FOR A COURT ORDER REQUIRING THE CLERK TO SUBMIT THE ADMINISTRATIVE RECORD TO THE 15TH COURT OF APPEALS**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Anthony Nguyen, O.D. (Nguyen) and Defendant Texas Optometry Board (TOB) (together, the Parties) respectfully request that this Court issue an order requiring the Clerk of this Court to submit to the 15th Court of Appeals the Administrative Record previously filed by TOB with the Clerk of this Court in the above-referenced cause. In support of this request, the Parties state the following:

On May 22, 2024, TOB filed the Administrative Record as further described in Defendant's Notice of Filing of Administrative Record, attached hereto as Exhibit A.

On July 31, 2025, this Court issued its Final Judgment in the above-referenced cause.

On August 30, 2024, Nguyen filed Plaintiff's Notice of Appeal informing the Clerk of this Court of his desire to appeal the Final Judgment to the 3rd Court of Appeals.

On September 4, 2024, the Clerk of the 15th Court of Appeals notified the parties of its jurisdiction in this appeal and assigned Nguyen's appeal case number 15-24-00096-CV.

On September 5, 2024, Nguyen filed a Request for Preparation of Clerk's Record, requesting the Clerk's Record be prepared and include the official Administrative Record.

On February 21, 2025 the Clerk of this Court notified TOB that she cannot not submit the Administrative Record to the 15th Court of Appeals without an Order from this Court.

THEREFORE, the Parties respectfully request that this Court issue an order requiring the Clerk to submit the Administrative Record to the 15th Court of Appeals.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

/s/*Helen Kelley*
HELEN KELLEY
Texas State Bar No. 24086520
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL OF TEXAS

ADMINISTRATIVE LAW DIVISION
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4136
Facsimile: (512) 320-0167
helen.kelley@oag.texas.gov

ATTORNEYS FOR THE TEXAS OPTOMETRY BOARD

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 10, 2025, I conferred with Plaintiff's counsel via email and counsel indicated he was in agreement to this request.

*/s/ Helen Kelley*
Helen Kelley

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2025, a true and correct copy of the above and foregoing has been served, via e-service, to the following:

Roger B. Borgelt
State Bar No. 02667960
BORGELT LAW
614 South Capital of Texas Highway
Austin, Texas 78746
Telephone: (512) 600-3467
Mobile: (512) 870-7533
roger@borgeltlaw.com

ATTORNEY FOR ANTHONY NGUYEN, O.D.

*/s/ Helen Kelley*
Helen Kelley
Assistant Attorney General

# EXHIBIT A

Defendant's Notice of Filing of the Administrative Record

5/22/2024 2:39 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-23-007449
Eva Fairchild

CAUSE NO. D-1-GN-23-007449

| | | |
|---|---|---|
| ANTHONY NGUYEN, O.D.,<br>*Petitioner*, | §<br>§<br>§ | IN THE DISTRICT COURT OF |
| v. | §<br>§ | TRAVIS COUNTY |
| TEXAS OPTOMETRY BOARD,<br>*Respondent*. | §<br>§ | 455th JUDICIAL DISTRICT |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Texas Optometry Board (TOB) by and through its attorney, Kex Paxton, Attorney General of Texas, and the undersigned Assistant Attorney General, and files a certified copy of the record of the proceedings before the TOB, and states as follows:

A. Pursuant to the Administrative Procedure Act and Texas Rules of Civil Procedure, the Commission now files a redacted copy of the administrative record. *See* Tex. Gov't Code § 2001.175(b) (providing that the administrative record shall be filed with the clerk of the court); Tex. R. Civ. P. 21c (defining sensitive data and providing that sensitive data be redacted).

B. A copy of the administrative record was provided to all parties for review and use in briefing this case.

C. The administrative record in this case is contained on one (1) USB drive including the following files:

1. Certification of the Administrative Record, portable document format (pdf), totaling four (4) pages;

2. A.R. (TOB 000001- TOB000315), Certified Administrative Record, pdf, including a complete, redacted copy of the administrative proceedings and a Record Index; Bates-numbered TOB 000001-TOB 000315;
3. Audio Recordings – four (4) complete audio recordings.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

*/s/ Helen Kelley*
HELEN KELLEY
Assistant Attorney General
State Bar No. 24086520
Administrative Law Division
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4136
Facsimile: (512) 320-0167
helen.kelley@oag.texas.gov

ATTORNEYS FOR THE TEXAS OPTOMETRY BOARD

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2024, a true and correct copy of the above and foregoing has been served, via e-service, to the following:

Roger B. Borgelt
State Bar No. 02667960
BORGELT LAW
614 South Capital of Texas Highway
Austin, Texas 78746
Telephone: (512) 600-3467
Mobile: (512) 870-7533
roger@borgeltlaw.com

ATTORNEY FOR ANTHONY NGUYEN, O.D.

*/s/ Helen Kelley*
Helen Kelley
Assistant Attorney General

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jennifer Foster on behalf of Helen Kelley
Bar No. 24086520
jennifer.foster@oag.texas.gov
Envelope ID: 88027280
Filing Code Description: Notice
Filing Description: NOTICE OF FILING OF ADMINISTRATIVE RECORD
Status as of 5/24/2024 10:25 AM CST

Associated Case Party: ANTHONY NGUYEN, O.D.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Roger Borgelt | | roger@borgeltlaw.com | 5/22/2024 2:39:23 PM | SENT |

Associated Case Party: TEXAS OPTOMETRY BOARD

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Helen Kelley | 24086520 | helen.kelley@oag.texas.gov | 5/22/2024 2:39:23 PM | SENT |
| Glen Imes | 24084316 | glen.imes@oag.texas.gov | 5/22/2024 2:39:23 PM | ERROR |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jennifer Foster | | Jennifer.Foster@oag.texas.gov | 5/22/2024 2:39:23 PM | SENT |

CAUSE NO. D-1-GN-23-007449

| | | |
|---|---|---|
| ANTHONY NGUYEN, O.D.,<br>*Petitioner*, | §<br>§<br>§ | IN THE DISTRICT COURT OF |
| v. | §<br>§ | TRAVIS COUNTY |
| TEXAS OPTOMETRY BOARD,<br>*Respondent.* | §<br>§ | 455th JUDICIAL DISTRICT |

**ORDER REQUIRING THE CLERK TO SUBMIT THE ADMINISTRATIVE RECORD TO THE 15TH COURT OF APPEALS**

Having considered the Parties' Request for a Court Order Requiring the Clerk to Submit the Administrative Record to the 15th Court of Appeals, this Court hereby GRANTS the same.

IT IS THEREFORE ORDERED that no later than March __, 2025, the Clerk shall submit the Administrative Record as further described in Defendant's Notice of Filing of Administrative Record, filed with this Court on May 22, 2024, to the 15th Court of Appeals.

IT IS SO ORDERED.

Signed this the _____________________, 2025.

______________________________________

THE HONORABLE MAYA GUERRA GAMBLE

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Susan Millsapps on behalf of Helen Kelley
Bar No. 24086520
susan.millsapps@oag.texas.gov
Envelope ID: 98337389
Filing Code Description: Request
Filing Description: PARTIES' AGREED REQUEST FOR A COURT ORDER REQUIRING THE CLERK TO SUBMIT THE ADMINISTRATIVE RECORD TO THE 15TH COURT OF APPEALS
Status as of 3/12/2025 2:12 PM CST

Associated Case Party: ANTHONY NGUYEN, O.D.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Roger Borgelt | | roger@borgeltlaw.com | 3/11/2025 4:28:44 PM | SENT |

Associated Case Party: TEXAS OPTOMETRY BOARD

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Helen Kelley | 24086520 | helen.kelley@oag.texas.gov | 3/11/2025 4:28:44 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Susan Millsapps | | susan.millsapps@oag.texas.gov | 3/11/2025 4:28:44 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Susan Millsapps on behalf of Helen Kelley
Bar No. 24086520
susan.millsapps@oag.texas.gov
Envelope ID: 98390393
Filing Code Description: Other Document
Filing Description: Notice of Request to Issue Order on Submission of AR
Status as of 3/12/2025 4:21 PM CST

Associated Case Party: Anthony Nguyen

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Roger Borgelt | | roger@borgeltlaw.com | 3/12/2025 4:17:15 PM | SENT |

Associated Case Party: Texas Optometry Board

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Helen Kelley | | Helen.Kelley@oag.texas.gov | 3/12/2025 4:17:15 PM | SENT |
| Helen Kelley | | Helen.Kelley@oag.texas.gov | 3/12/2025 4:17:15 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Susan Millsapps | | susan.millsapps@oag.texas.gov | 3/12/2025 4:17:15 PM | SENT |